**Motion Granted; Order filed July 18, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00028-CV
NO. 14-13-00501-CV
_____

**NICHOLAS WHITE, MARK MOERSEN, TAURUS MANUFACTURING
CO. and OPTIMAS MANUFACTURING SOLUTIONS,**
Appellants/Cross-Appellees

**V.**

**ZHOU PEI and SHAUN WHITE, Appellees/Cross Appellants**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2005-54097**

---

## ORDER

The parties filed a joint motion to consolidate these appeals and to set a briefing schedule. We **GRANT** the motion and issue the following order. The appeals docketed under our appellate case numbers 14-13-00028-CV, and 14-13-00501-CV are ordered **CONSOLIDATED.** All documents should be filed in case number 14-13-00028-CV, and they will be deemed filed in the consolidated cases.

Therefore, the record filed in 14-13-00028-CV is deemed filed in 14-13-00501-CV. On July 5, 2013, appellants Nicholas White, Mark Moersen, Taurus Manufacturing Co. and Optimas Manufacturing Solutions filed their appellants' brief. The remaining briefing deadlines shall be set as follows:

1. Zhou Pei and Shaun White shall filed their combined brief of appellees/cross-appellants of up to 15,000 words on or before **August 19, 2013**, subject to any extension of time that may be granted;

3. Nicholas White, Mark Moersen, Taurus Manufacturing Co. and Optimas Manufacturing Solutions shall file their combined reply/cross-appellees' brief of up to 15,000 words, subject to the aggregate 27,000 word limit, 30 days thereafter, and subject to any extension of time that may be granted;

4. Zhou Pei and Shaun White shall file any cross-appellants' reply brief of up to 7,500 words 20 days thereafter, subject to the aggregate 27,000 word limit and subject to any extension of time that may be granted.

IT IS SO ORDERED.

PER CURIAM